# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES HENDRICKS,

Appellant,

vs.

LORI SMITH,

Respondent.

No. 80146

FILED

JUN 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. John Schlegelmilch, District Judge
       Charles Hendricks
       Lori Smith
       Third District Court Clerk

20-21209